

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-18-00122-CV

**IN THE INTEREST OF BBB, A CHILD,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2157-CV
Honorable William Old, Judge Presiding

# O R D E R

On March 26, 2018, appellant filed a motion seeking an order compelling the trial court to supplement the appellate record and extend the time to file appellant's brief. The motion is GRANTED. The trial court clerk is ORDERED to prepare and file a supplemental clerk's record within 10 days of the date of this order containing the following documents:

| **Title** | **File Date(s)** |
|---|---|
| • Affidavit | 9/30/2016 |
| • Family Service Plan | 10/25/2016<br>3/24/2017 |
| • Status Report to the Court | 11/8/2016 |
| • Permanency Report to the Court | 3/7/2017<br>10/3/2017<br>12/7/2017 |
| • Order | 1/18/2018 |
| • Motion | 1/17/2018 |

*See* TEX. R. APP. P. 34.5(c), (d). Appellant's brief is due 20 days from the date the supplemental clerk's record is filed. *See* TEX. R. APP. P. 38.6.

_____
Rebeca C. Martinez, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court